**INITIAL APPEARANCE MINUTES:**

| | |
|---|---|
| Time set: 3:00 | Date: 12/13/24 |
| Start Time: 3:14 | Presiding Judge: Lawrence R. Leonard, USMJ |
| End Time: 3:17 | Courtroom Deputy: Woodcock, L |
| | Reporter: FTR-Mag 2 |
| Split Time ( ) | U.S. Attorney: Graham Stolle |
| | Defense Counsel: |
| | ( ) Retained ( ) Court appointed ( ) AFPD |
| | Interpreter: |

Case Number: 4:24cr76
USA v. Kyle Andrew Babiak

( X ) Deft. Present ( x ) custody ( ) not in custody
( X ) Initial Appearance ( X ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
      ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
( X ) Counsel desired ( ) Defendant to retain: _____
( X ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( X ) Financial Affidavit filed in open Court
( X ) Court ( X ) Directed ( ) Denied appointment of counsel
( X ) K. Kmet_____, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing        ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
( X ) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
( X ) Detention Hearing scheduled for 12/17/24 at 2:30 before RJK (mag 2).
( ) Detention Hearing ( ) Held ( ) Waived in _____.
( X ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
( X ) Deft. remanded to custody of U. S. Marshal
( X ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
      ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
      ( ) Norfolk ( ) Newport News
( ) _____
( ) _____