UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.   Docket No. 4:24-cr-76

KYLE ANDREW BABIAK,

    Defendant.

## ORDER

Upon the unopposed motion of the defendant, Kyle Andrew Babiak, by and through counsel, for an order continuing the detention hearing and arraignment presently scheduled for December 17, 2024 at 2:30 and it appearing to the Court that good cause has been shown for said request, the motion is GRANTED and it is hereby

ORDERED that the detention hearing and arraignment scheduled for December 17, 2024 at 2:30 p.m. are hereby continued to December 20, 2024 at 2:00 p.m. or another date and time convenient to the Court and the parties.

/s/ Robert J. Krask
United States Magistrate Judge

~~Newport News~~/Norfolk, Virginia
Date: December 16, 2024