## GUILTY PLEA FELONY INDICTMENT MINUTES

| | | | |
|---|---|---|---|
| Time Set: | 2:00 p.m. | Date: | 2/28/2025 |
| Started: | 2:06 | Presiding Judge: | Robert J. Krask, USMJ |
| Ended: | 2:48 | Courtroom Deputy: | Brittney Titus |
| | | Reporter: | Paul McManus, OCR |
| | | U.S. Attorney: | Peter Osyf, AUSA |
| | | Defense Counsel: | Keith Kimball |
| | | | ( ) Retained |
| | | | ( ) Court appointed |
| | | | ( X ) AFPD |
| | | Interpreter: | |
| | | U.S. Probation Officer: | |

Case Number: 4:24cr76
USA v Kyle Andrew Babiak                ( X ) in custody ( ) on bond

( X ) Defendant requested to withdraw plea of not guilty to Count(s) 1 and enter a plea of guilty to said Count(s).
( X ) Consent to Proceed before a U.S. Magistrate Judge pursuant to Rule 11, executed and filed in open court.
( X ) Defendant sworn.
( X ) Court fully advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.
( X ) Plea agreement reviewed, executed, and filed in open court.   ( ) No plea agreement.
( X ) Court inquired as to voluntariness of plea.
( X ) Court inquired as to threats or promises.
( X ) Court advised defendant that by pleading guilty the right to a trial by jury is waived.
( X ) Plea of guilty entered.
( X ) Defendant satisfied with services of counsel.
( X ) Court inquired re: plea negotiations
( X ) Remaining count(s) to be dismissed at Sentencing.
( X ) Statement of Facts executed and filed in open court.
( X ) Continued for pre-sentence report.
( X ) Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.
( X ) Sentencing set: 7/24/25 at 10:00   before U.S. District Judge Hanes
      ( X ) Norfolk   ( ) Newport News
( X ) Unsigned Sentencing Procedure Order provided to defendant.
( X ) Sentencing Procedure Order entered and filed in open court.
( X ) Report and Recommendation Concerning Plea of Guilty entered and filed in open court.
( ) Court ( ) finds ( ) withholds finding defendant guilty as charged in Count (s) _____
( ) Defendant continued on bond.   ( ) See Additional conditions of release.
( ) Bond set _____   ( ) See conditions of Release
( X ) Defendant remanded to custody of U.S. Marshal.
( ) _____
( ) _____
( ) _____